**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,       )
                                )
                  Plaintiff,    )
                                )
v.                              )          Case No. 6:13-CR-03024-1-BCW
                                )
RICHARD T. GREGG,               )
                                )
                  Defendant.    )

## ORDER

Before the Court is Magistrate Judge David P. Rush's Report and Recommendation Order (Doc. #33) denying Defendant Richard T. Gregg's Motion to Revoke or Amend the Magistrate's Orders Detaining Defendant (Docs. #33 & #42). The United States filed its opposition to the Motion on December 5, 2014. (Doc. #48). The Court grants the United States' Request for Extension of Time to File Response (Doc. #47) and thus deems the opposition to the Motion to Revoke or Amend the Magistrate's Orders properly filed.

After an independent review of the record, the applicable law, and the parties' arguments, the Court adopts Magistrate Judge Rush's findings of fact and conclusions of law. Accordingly, it is hereby

ORDERED Defendant's Motion to Revoke or Amend the Magistrate's Order Detaining Defendant (Doc. #45) is DENIED for the reasons stated in the Report and Recommendation Order and the Order denying reconsideration. (Docs. #33 & #42). It is further

ORDERED Defendants' bond is REVOKED. Defendant shall remain DETAINED pending trial in this matter. It is further

1

ORDERED Magistrate Judge Rush's Report and Recommendation Orders (Docs. #33 & #42) be attached to and made part of this Order.

IT IS SO ORDERED.


DATED: <u>January 23, 2015</u>                    <u>/s/ Brian C. Wimes</u>
                                              JUDGE BRIAN C. WIMES
                                              UNITED STATES DISTRICT COURT